**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6959**

LYE HUAT ONG,

Petitioner – Appellant,

v.

RODERICK R. SOWERS; THE ATTORNEY GENERAL OF THE STATE OF
MARYLAND; NANCY ROUSE, Warden,

Respondents – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J.  Frederick Motz, District Judge.
(1:07-cv-02273-JFM)

Submitted:  October 20, 2009        Decided:  October 26, 2009

Before TRAXLER,  Chief  Judge,  NIEMEYER,  Circuit  Judge,  and
HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Lye Huat Ong, Appellant Pro Se.   Edward John Kelley, OFFICE OF
THE  ATTORNEY  GENERAL  OF  MARYLAND,  Baltimore,  Maryland,  for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lye Huat Ong seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Ong has not made the requisite showing. Accordingly, we deny Ong's motion for appoint of counsel, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2